UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SCARLATA,

        Plaintiff,                                   Case No. 1:04-CV-613

v                                                        Hon. Wendell A. Miles

SAUGATUCK DUNE RIDES, INC.,
et al,

        Defendants.
_____/

**ORDER GRANTING MOTION TO COMPEL EXPERT TESTIMONY**

        Pending before the court is Defendant Saugatuck Dune Rides' Motion to Compel Expert Testimony from Co-Defendant Daimler Chrysler Corporation (docket no. 65) and plaintiff's subsequent motion for joinder (docket no. 76). Defendant Saugatuck Dune Rides seeks to compel Daimler Chrysler to produce supplemental and complete responses to defendants' September 26, 2005 expert interrogatories and to provide reports and opinions of its experts. For the reasons more fully stated on the record at the hearing held on this motion, the motion was GRANTED and Daimler Chrysler was directed to produce the expert reports. Daimler Chrysler's counter-motion for protective order and stay of discovery (docket no. 79) was similarly DENIED. This written order memorializes that decision.

        Daimler Chrysler has had ample time to prepare its expert responses and was aware on July 11, 2006 that Saugatuck Dune Rides' motion to compel production was granted. Therefore, Daimler Chrysler should be prepared to produce the expert responses at this time and therefore,

1

accordingly, this information shall be provided within ten (10) days from the date of this order.

        IT IS SO ORDERED.


Dated:  September 5, 2006                /s/ Hugh W. Brenneman, Jr.
                                                Hugh W. Brenneman, Jr.
                                                United States Magistrate Judge